McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (6E19) 685-4811

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>　　　　　　Plaintiff,<br>v.<br>JAMES D. ROSENLIEB; KARLA RAE ROSENLIEB; UNITED STATES INTERNAL REVENUE SERVICE; EAGLE GLEN MASTER HOMEOWNERS ASSOCIATION; and DOES 1 through 50 inclusive,<br>　　　　　　Defendants. | Case No. 5:15-cv-00826-JAK-PJW<br><br>**JUDGMENT**<br><br>**JS-6** |

IT IS HEREBY ORDERED that the Deed of Trust encumbering real property commonly known as 4580 Garden City Ln., Corona, CA 92883 (the "Subject Property") recorded in the Riverside County Recorder's Office on October 18, 2007 as Instrument Number 2007-0643694 shall be reformed *nunc pro tunc* to reflect the Complete Legal Description, as follows, with an effective date of October 18, 2007 ("Reformed 2007 Deed of Trust"):

　　THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

　　A CONDOMINIUM COMPRISED OF:

**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (6E19) 685-4811

PARCEL 1:

AN UNDIVIDED 1/23RDS INTEREST IN AND TO THE CONDOMINIUM COMMON AREA "CA-1", AS SHOWN ON THE CONDOMINIUM PLAN RECORDED MARCH 13, 2000 AS INSTRUMENT NO. 2000-091378 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, AFFECTING TRACT NO. 28823-1, IN THE CITY OF CORONA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 279, PAGES 1 TO 7, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA, AS CORRECTED BY THOSE CERTAIN CERTIFICATES OF CORRECTION RECORDED AUGUST 11, 1999 AS INSTRUMENT NO. 1999-360608 AND SEPTEMBER 3, 1999 AS INSTRUMENT NO. 1999-399087, OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA AS FURTHER ADJUSTED BY THAT CERTAIN LOT LINE ADJUSTMENT NO. 00-01 RECORDED JANUARY 24, 2000 AS INSTRUMENT NO. 2000-25158, OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

PARCEL 2:

UNIT 7 AS SHOWN UPON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE. EXCEPT THEREFROM, ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, AND OTHER HYDROCARBON SUBSTANCES BY WHATEVER NAME KNOWN, TOGETHER WITH APPURTENANT RIGHTS THERETO, WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING ABOVE A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED IN INSTRUMENTS OF RECORD.

PARCEL 3:

A NONEXCLUSIVE EASEMENT ON AND OVER THE COMMON AREA DEFINED IN THE MASTER DECLARATION AND THE SUPPLEMENTARY DECLARATION REFERRED TO BELOW, FOR ACCESS, USE, ENJOYMENT, INGRESS AND EGRESS TO THE AMENITIES LOCATED THEREON, SUBJECT TO THE TERMS AND PROVISIONS OF THE MASTER DECLARATION AND SUPPLEMENTARY DECLARATION. THIS EASEMENT IS APPURTENANT TO PARCELS 1 AND 2 ABOVE.

PARCEL 4:

EASEMENTS FOR ENCROACHMENT, MAINTENANCE, REPAIR, DRAINAGE, ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT AS SAID EASEMENTS ARE SET FORTH IN THE MASTER DECLARATION.

APN: 282-421-007-8.

1     IT IS HEREBY FURTHER ORDERED that the Reformed 2007 Deed of Trust is senior to and has priority over the Deed of Trust encumbering the Subject Property recorded in the Riverside County Recorder's Office on March 11, 2005 as Instrument Number 2005-0195692 ("2005 Deed of Trust").

    IT IS HEREBY FURTHER ORDERED that the Reformed 2007 Deed of Trust is senior to and has priority over the modification to the 2005 Deed of Trust recorded in the Riverside County Recorder's Office on January 5, 2007 as Instrument Number 2007-0013103.

    IT IS HEREBY FURTHER ORDERED that the Reformed 2007 Deed of Trust is senior to and has priority over a Notice of Federal Tax Lien encumbering the Subject Property recorded in the Riverside County Recorder's Office on January 3, 2013 as Instrument Number 2013-0004463.

    IT IS HEREBY FURTHER ORDERED that the Reformed 2007 Deed of Trust is senior to and has priority over Eagle Glen Master Homeowners Association's interest in the Subject Property.

    IT IS HEREBY FURTHER ORDERED that this Court specifically retains jurisdiction to make such additional orders as may be necessary to effectuate and enforce the provisions of this Judgment.

**IT IS SO ORDERED.**

Dated: November 5, 2015      By: _____
    Hon. John A. Kronstadt
    Judge of the United States District Court,
    Central District of California

**DEFAULT JUDGMENT BY COURT AFTER ENTRY OF DEFAULT**

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811